**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

MARIA ROSU,

        Petitioner,

v.

NATHALIE ASHER, Field Office Director, Enforcement and Removal Operations, Immigration and Customs Enforcement,

        Respondent.

Case No. C13-152-RSM-BAT

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

The Court, having reviewed petitioner's petition under 28 U.S.C. § 2241, petitioner's motion for temporary restraining order, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    1.    The Court adopts the Report and Recommendation.

    2.    Petitioner's motion for temporary restraining order, Dkt. No. 2, is **DENIED**.

    3.    The Clerk shall send a copy of this Order to counsel for petitioner, to the United States Attorney, and to Judge Tsuchida.

DATED this 14th day of March 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER- 1