UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA ROSU<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NATALIE ASHER, Field Office Director, Enforcement and Removal Operations, Immigration and Customs Enforcement<br><br>　　　　Respondent. | CASE NO. C13-152 RSM<br><br>DISMISSAL ORDER |

　　This matter comes before the Court on Respondent's <u>unopposed</u> Notice of Immigration Judge Bond Decision and Motion to Dismiss (Dkt. # 21). Respondent moves to dismiss the pending Habeas Petition as moot. In Ms. Rosu's petition for writ of habeas corpus under 28 U.S.C. § 2241, she seeks an individualized bond hearing before an immigration judge to challenge the lawfulness of her pre-removal detention under 8 U.S.C. § 1226(c). On May 13, 2013, the immigration judge held a bond hearing for Petitioner and ordered her released from custody under a bond of $15,000. Dkt. # 21-1. Because Ms. Rosu has been afforded a hearing

DISMISSAL ORDER - 1

before an immigration judge and was released from custody, there is no other relief the Court can provide. The court does not have power to decide a case that does not affect the rights of litigants in the case before it. *Mitchell v. Dupnik*, 75 F.3d 517, 527-28 (9th Cir. 1996). Accordingly, the Petition for Writ of Habeas Corpus is MOOT and shall be dismissed.

Having reviewed Defendant's motion, the attached exhibits, and the remainder of the record, the Court hereby finds and ORDERS:

(1) Respondent's Motion to Dismiss (Dkt. # 21) is GRANTED;

(2) The Petition for Writ of Habeas Corpus is DISMISSED AS MOOT;

(3) The Clerk is directed to send a copy of the Order to all counsel of record.

Dated this 11 day of June 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE